**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

**JANE CAREN WRIGHT**,

*Debtor/Appellant*,

v. Case No: 2:25-cv-03047-BCL-atc

**PHH**,

*Creditor/Appellee*.

---

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

Debtor/Appellant filed a Motion to Vacate. Docs. 18 & 19. The motion was referred to Magistrate Judge Annie T. Christoff, who recommended that it be denied. Doc. 21. Neither party objected to her Report and Recommendation and the deadline to do so has passed.

A District Court Judge may designate a Magistrate Judge to submit proposed findings of fact and conclusions of law for disposition of certain motions. 28 U.S.C. § 636(b)(1). The District Judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," and "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* The district court is not required to review—under a de novo or any other standard—those aspects of the report and recommendation to which no objection is made. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985); *La Bamba Licensing, LLC v. La Bamba Authentic Mexican Cuisine, Inc.*, 75 F.4th 607, 613 (6th Cir. 2023).

From the lack of any objections, the Court **ADOPTS** the Report and Recommendation (Doc. 21) in full. Debtor/Appellant's Motion (Docs. 18 & 19) is **DENIED**.

**IT IS SO ORDERED**, this 13th day of November, 2026.

s/ *Brian C. Lea*
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE